| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 19-01427-swd<br>Western District of Michigan<br>Grand Rapids<br>Thu Dec 24 10:13:28 EST 2020 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Bsi Financial Services<br>101 N 2nd St<br>Titusville PA 16354 |
| Alisa Rene Byrnes<br>2202 Lagoon Dr.<br>Okemos, MI 48864-2712 | Ditech<br>Attn: Bankruptcy<br>Po Box 6172<br>Rapid City SD 57709-6172 | Everhome Mortgage Co/Ever Bank<br>Attn: Bankruptcy Department<br>301 West Bay Street<br>Jacksonville FL 32202-5184 |
| Barbara P. Foley<br>Chapter 13 Trustee's Office<br>P.O. Box 51109<br>Kalamazoo, MI 49005-1109 | George Joseph George<br>Mapes Law Offices<br>29 Pearl St. NW Ste 305<br>Grand Rapids, MI 49503-3019 | Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee WI 53201-3120 | Carrie Kornoelje<br>Michigan Department of Attorney General<br>P.O. Box 30754<br>Lansing, MI 48909-8254 | MI DEPT OF TREASURY<br>COLLECTION DIVISION/BANKRUPTCY<br>PO BOX 30168<br>LANSING, MI 48909-7668 |
| Jeffrey D. Mapes<br>Jeffrey D. Mapes, PLC<br>29 Pearl St. NW<br>Suite 305<br>Grand Rapids, MI 49503-3019 | Panayiotis D. Marselis<br>Hladik, Onorato & Federman, LLP<br>3290 W. Big Beaver, Ste 117<br>48084<br>Troy, MI 48084-2911 | Michigan Department of Treasury<br>Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909<br>5 48909-7668 |
| Michigan Dept. of Treasury<br>Tax Collection Enforcement<br>Bankruptcy Section<br>Treasury Building<br>Lansing, MI 48922-0001 | (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE<br>ATTN BANKRUPTCY UNIT<br>3024 W GRAND BLVD<br>SUITE 12-100<br>DETROIT MI 48202-6024 | SECURITIES & EXCHANGE COMM<br>BANKRUPTCY SECTION<br>175 W. JACKSON BLVD.<br>SUITE 900<br>CHICAGO, IL 60604-2815 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando FL 32896-0001 | U.S. Bank Trust, N.A.<br>c/o BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038-2480 | UNITED STATES TRUSTEE<br>THE LEDYARD BUILDING, 2ND FLOOR<br>125 OTTAWA NW, SUITE 200R<br>GRAND RAPIDS, MI 49503-2837 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Michigan Unemployment Insurance Agency<br>3024 West Grand Blvd.<br>Tax Office, Suite 12-300<br>Detroit, MI 48202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)State of Michigan, Department of Treasury, | (u)U.S. Bank Trust, N.A., as Trustee of the C | (d)United States Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Suite 200R<br>Grand Rapids, MI 49503-2837 |

**End of Label Matrix**
Mailable recipients    20
Bypassed recipients     3
Total                  23