UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Alisa Rene Byrnes | § | **CASE NO.** 19-01427 |
| | § | **HON.** Scott W Dales |
| **Debtor(s)** | § | **Filed:** 04/03/2019 |
| | § | |

<u>**ORDER ALLOWING DEBTOR TO ENTER INTO A TRIAL MORTGAGE LOAN MODIFICATION WITH BSI FINANCIAL SERVICES AND AUTHORIZING THE DEBTOR TO TEMPORARILY REDUCE DEBTOR'S MONTHLY PAYMENT**</u>

Upon Stipulation of the Debtor, the mortgage lender and the Chapter 13 Trustee, and the Court being fully advised of the said premises.

**IT IS HEREBY ORDERED** that the parties and terms of the proposed modification include:

Mortgage Creditor/Servicer: BSI Financial Services
Borrower Name(s): Alisa R. Byrnes
Property Address: 2202 Lagoon Dr., Okemos, MI 48864
Last Four Digits of Mortgage Account No: 6524
Proposed Modified Trial Payment: 6 Trial Payments in the amount of $1,599.78
First Trial Payment Due: 01/01/2021.

**IT IS FURTHER ORDERED** The Debtor shall reduce the monthly Chapter 13 Plan payment to $1,030.22 for the months of January, February, March, April, May, and June of 2021 in order to make mortgage modification payments directly to the mortgage creditor:

a. First Trial Payment Due 01/01/2021 : The Debtor shall submit a plan payment of $1,030.22 to the Chapter 13 Trustee and $1,599.78 to the Mortgage Creditor.
b. Second Trial Payment Due 02/01/2021 : The Debtor shall submit a plan payment of $1,030.22 to the Chapter 13 Trustee and $1,599.78 to the Mortgage Creditor.
c. Third Trial Payment Due 03/01/2021 : The Debtor shall submit a plan payment of $1,030.22 to the Chapter 13 Trustee and $1,599.78 to the Mortgage Creditor.
d. Fourth Trial Payment Due 04/01/2021 : The Debtor shall submit a plan payment of $1,030.22 to the Chapter 13 Trustee and $1,599.78 to the Mortgage Creditor.
e. Fifth Trial Payment Due 05/01/2021 : The Debtor shall submit a plan payment of $1,030.22 to the Chapter 13 Trustee and $1,599.78 to the Mortgage Creditor.

    f.      Sixth Trial Payment Due 06/01/2021 : The Debtor shall submit a plan payment of $1,030.22 to the Chapter 13 Trustee and $1,599.78 to the Mortgage Creditor.

**IT IS FURTHER ORDERED** The Trustee shall resume the ongoing mortgage payments pursuant to terms of the last confirmed plan commencing on 07/01/2021.

**IT IS FURTHER ORDERED** That during the seven months following the entry of this stipulation, the Chapter 13 Trustee shall reserve mortgage payments on pre-petition mortgage arrearages in the amount of $875.00 until:

    a.      further order of this court granting a permanent loan modification and clarifying the treatment of the mortgage arrears; or
    b.      a correspondence from the creditor or debtor indicating the loan modification was denied;
    c.      an approved amended plan;
    d.      in any event, no longer than six (6) months from the date of this stipulation.

**IT IS FURTHER ORDERED** That following the seventh month from the entry of this stipulation, the Trustee shall disburse funds as to the ongoing post-petition mortgage payments, and mortgage arrears pursuant to the terms of the last confirmed plan until:

a. further order of the court;
b. notification from the creditor related to the mortgage payment change; or
c. an approved amended plan.

**IT IS FURTHER ORDERED** that any notice shall include the following:

a. clarification of the mortgage arrears status;
b. the current mortgage payment amount; and
c. the mortgage payment current due date.

### END OF ORDER

**IT IS SO ORDERED.**

**Dated December 31, 2020**



Scott W. Dales
United States Bankruptcy Judge